FILED
APR 20 2009
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| UNITED STATES OF AMERICA | ) | ~~UNDER SEAL~~ unsealed 7/2/09 |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 2:09cr42 |
| | ) | |
| ANTHONY GONZALEZ, et al, | ) | |
| | ) | |
| Defendant | ) | |

## RESTRAINING ORDER

This matter having come before this Court on the motion of the United States of America for entry of a restraining order pursuant to 21 U.S.C. § 853(e)(1)(A), which provides courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interests subject to forfeiture to ensure its availability for forfeiture, and

IT APPEARING TO THE COURT THAT on April 2, 2009, an indictment was returned against the defendants, ANTHONY GONZALEZ, CHARLES SANDERLIN, RICHARD HOGGARD, JOHN MCCOY, RAYMOND MCCOY, SHAWN BRANCH, and RON WILLIAMS, seeking criminal forfeiture pursuant to 21 U.S.C. 853 of assets totaling no less than the sum of **$9,926,000.00.**

**IT IS HEREBY ORDERED:**

That the defendants, ANTHONY GONZALEZ, CHARLES SANDERLIN, RICHARD HOGGARD, JOHN MCCOY, RAYMOND MCCOY, SHAWN BRANCH, and RON WILLIAMS, their agents, representatives, servants, employees, attorneys, family members and those persons in active concert or participation with them and **anyone** holding property, both real or personal, for them, are hereby ENJOINED AND RESTRAINED from transferring, selling, assigning, pledging, distributing, giving away, encumbering or otherwise participating in the disposal of (by transfer of

stock or otherwise) or taking any action to adversely affect the value of property covered by this order, or removal from the jurisdiction of this Court, or removal from any checking, savings account or safety deposit boxes of all or part of the defendants' interest, direct or indirect, in all property, real or personal, up to the sum of **$9,926,000.00** without prior approval of the court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order. The defendants affected by this order is further identified as:

| NAME | ADDRESS | DOB |
|---|---|---|
| ANTHONY GONZALEZ | Chesapeake, Virginia | xx/xx/1975 |
| CHARLES SANDERLIN | Virginia Beach, Virginia | xx/xx/1983 |
| RICHARD HOGGARD | Chesapeake, Virginia | xx/xx/1984 |
| JOHN MCCOY | Virginia Beach, Virginia | xx/xx/1982 |
| RAYMOND MCCOY | Virginia Beach, Virginia | xx/xx/1984 |
| SHAWN BRANCH | Virginia Beach, Virginia | xx/xx/1974 |
| RON WILLIAMS | Butner, North Carolina | xx/xx/1976 |

The property subject to this Order includes, but is not limited to the defendants interest, whether joint or exclusive, in any BANK ACCOUNTS, REAL PROPERTY, CURRENCY, PERSONAL PROPERTY, BUSINESS ENTITIES, MOTOR VEHICLES, BOATS, AIRCRAFT, LIMITED LIABILITY CORPORATIONS, JEWELRY, FURNITURE, ARTWORK, STOCK; FINANCIAL INSTRUMENTS, and specifically includes the real property known as:

**Real property and improvements located at 1100 Ricks Court, Chesapeake, Virginia, owned by Anthony Gonzalez.**

**Real property and improvements located at 5690 Morton Road, Alpharetta, Georgia, owned by Anthony Gonzalez.**

and personal property known as:

>A 2007 Mercedes-Benz S550 4 door VIN# WDDNG71X87A051214, owned by Anthony Gonzalez.
>
>A 2006 Bentley Continental Flying Spur Sedan VIN# SCBBR53W46C036456, owned by Anthony Gonzalez.
>
>A 2007 Toyota Avalon 4 door VIN# 4T1BK36B87U206422, owned by Anthony Gonzalez.
>
>A 2006 Nissan 350Z VIN# JN1AZ34D46M300637, owned by Charles Sanderlin.
>
>A 2001 Chrysler 300M VIN# 2C3HE66G11H561188, owned by Charles Sanderlin.
>
>A 2004 Chrysler Crossfire VIN# 1C3AN69L04X022412, owned by Charles Sanderlin, but titled in the nominee of Kiesha Braithewaite.
>
>A 2004 GMC Yukon VIN# 1GKEK63U44J258186, owned by Shawn Branch.
>
>A 2006 Infiniti M45 VIN# JNKBY01EX6M201044, owned by Richard Hoggard, but titled in the nominee of Karen Frost and Shana Gregory.

Any financial institution, individual or other entity having a security interest in any real or personal property subject to this restraining order is hereby required to respond promptly to requests by the Government for information on the status of the debt secured by property of the defendants.

## Financial Institutions

Any financial institution holding assets of the defendants and provided with a copy of this order shall freeze such assets. The financial institutions are directed to prevent and are otherwise enjoined from transferring (by wire or otherwise), conveying or disposing of all monies currently within the accounts up to the sum of **$9,926,000.00.** In ordering the financial institutions to freeze all accounts and safety deposit boxes, it is the intention of the court that the financial institutions shall not honor any demands by correspondent banks to release any money nor shall the financial

institutions honor any checks or other negotiable instruments drawn on the accounts, if to do so would reduce the balance of the account below the amount frozen. The financial institutions shall continue to credit any deposits, interest, dividends, or other credits to such accounts in the normal course of business, and such deposits, interest, dividends, and other credits shall be subject to this Order.

All financial institutions on which a copy of this order is served shall immediately inform the federal law enforcement agency providing the order or the United States Attorney of the balances of any and all restrained accounts on the date of service. Any financial institution having a lien on any property listed in this order shall likewise provide to the United States Attorneys Office information regarding payments and the balance on loans secured by property listed in this order.

The following financial institutions holding assets of the defendants shall freeze such assets known as:

**All bank accounts, safety deposit boxes and accounts receivable of Anthony Gonzalez to include, but not limited to the following accounts:**

**Wachovia Account# 1079235211720 owned by Anthony Gonzalez and titled in the name of Anthony Gonzalez and Davon Gonzalez.**

**Wachovia Account# 1053039226940 owned by Anthony Gonzalez.**

**Wachovia Account# 1010182544884 owned by Anthony Gonzalez and titled in the name of Davon Gonzale.**

**Wachovia Account# 3000087952699 owned by Anthony Gonzalez and titled in the name of Davon Gonzalez.**

**Signature Bank Account# 1500341986 owned by Anthony Gonzalez and titled in the name of Soul Providers Management.**

**Signature Bank Account# 1500342494 owned by Anthony Gonzalez.**

Signature Bank Account# 1500772499 owned by Anthony Gonzalez and titled in the name of Soul Provider Entertainment.

Signature Bank CD Account# 1500014690 owned by Anthony Gonzalez.

SunTrust Bank Account# 1000064012031 owned by Anthony Gonzalez and titled in the name of Encore Management.

Bank of America Account# 435009660854 owned by Anthony Gonzalez.

Bank of America Account# 435008091068 owned by Anthony Gonzalez.

Bank of America Account# 435008093053 owned by Anthony Gonzalez and titled in the name of Anthony Gonzalez and Ashlee Bunn.

Bank of America Account# 435001480252 owned by Anthony Gonzalez and titled in the name of Anthony Gonzalez and Ashlee Bunn.

Bank of America Account# 0041-3262-7072 owned by Raymond McCoy.

Bank of America Account# 0043-5257-4390 owned by Raymond McCoy.

Navy Federal Credit Union Account# 3007875-416 owned by Charles Sanderlin.

Navy Federal Credit Union Account# 7005784-900 owned by Charles Sanderlin.

### Modifications

In the event that the defendants desire to transfer, convey, liquidate or encumber any property and if the United States consents to such transfer, the transfer may be made upon condition that all sale proceeds shall be placed in escrow in an account approved by counsel for the government. In the event that forfeiture is ultimately ordered, any funds received from the sale of property for the actual property listed for forfeiture shall be substituted for the actual property and such funds shall also be treated as substitute assets pursuant to Title 21, United States Code, Section 853(p).

If the defendants demonstrate that any single property, or any properties, cumulatively, with the value totaling more than **$9,926,000.00** have been restrained, the Court will review the execution of this order as it applies to the defendants, and make an appropriate determination and consider modification of this restraining order in relation to that defendant's property interests.

The United States is directed to serve a copy of this order on the defendant, counsel for the defendant, and any other entity or individual the government believes may be in possession of property of the defendant.

The Clerk is hereby ORDERED to provide ten (10) certified copies of this Order to the United States Attorneys Office for service.

So ORDERED this 20th day of April, 2009.

/s/
**Henry Coke Morgan, Jr.**
**Senior United States District Judge**

_____
UNITED STATES DISTRICT JUDGE

I ask for this:
DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Scott C. Alleman
Assistant United States Attorney
Virginia State Bar No. 50905
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - scott.alleman@usdoj.gov

4/20/09: 10 cc to AUSA - ACA

6