AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN LEE MCCOY, III<br>a/k/a "J-Mac", "T-Mac"<br><br>*Defendant* | )<br>)<br>) Case No.  2:09cr42-04<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN LEE MCCOY, III                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine - Sch. II and heroin - Sch. I; and distribute and possess with intent to distribute a mixture and substance containing cocaine base - Sch. II and marijuana - Sch. I; and to use communication facilities to cause, commit and facilitate felony violations of the Controlled Substances Act; and to open, lease, rent, use and maintain places for the purpose of manufacturing, distributing and using controlled substances and manage and control places as owner, lessee, agent, employee, occupant and mortgagee and rent, lease, profit from and make available for use the places for the purpose of manufacturing, storing, distributing and using controlled substances (Count 1, et al.)

Date: 04/02/2009                                                                                                      *[signature]*, Deputy Clerk
                                                                                                                                *Issuing officer's signature*

City and state:  Norfolk, Virginia                                                  Tommy E. Miller, U.S. Magistrate Judge
                                                                                                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/2/09, and the person was arrested on *(date)* 4/24/09
at *(city and state)* VIRGINIA BEACH, VA.

Date: 4/27/09                                                                     *[signature]*
                                                                                       *Arresting officer's signature*

                                                                                       R. CANTILLO  TFO/DEA
                                                                                       *Printed name and title*