AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __VIRGINIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br>JOHN LEE MCCOY, III<br><br><br>*Defendant* | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 2:09cr42 |

FILED IN OPEN COURT
APR 27 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Upon motion of the __United States__ detention hearing is set __4/29/09__ * at __3:00 p__

*Date*        *Time*

before __United States Magistrate Judge__

*Name of Judicial Officer*

__Norfolk, Virginia__

*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States _____

_____
*Other Custodial Official*

Date __Apr. 27, 2009__      [signature]

*Judge*

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.