Prob 35 (Rev. 05/01)
VAE (Rev 07/19)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA



UNITED STATES OF AMERICA

V.     Crim. No. 2:09CR0042-004

JOHN LEE MCCOY, III

On December 22, 2017, the above-named defendant was placed on supervised release for a period of FIVE (5) YEARS. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Robyn S. Basilio
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this  31st  day of  October , 20 19 .

Arenda L. Wright Allen
United States District Judge

**TO CLERK'S OFFICE**